Beaumont Mag No: 1:20mj115

PROB 12C
(6/96)

# United States District Court

for

## WESTERN DISTRICT OF TEXAS

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: __Robert Ambert, Jr.__   Case Number: __A-19-CR-0054-LY__

Name of Sentencing Judicial Officer: __Honorable Janis Graham Jack, United States District Judge__

Date of Original Sentence: __June 13, 2013__

Original Offense: __False Statement in Acquisition of a Firearm, in violation of 18 U.S.C. § 924(a)(1)(A).__

Original Sentence: __Twenty-one (21) months imprisonment, followed by a three (3) year term of supervised release. The following special conditions were imposed: battering intervention and prevention classes, drug and alcohol treatment; enrolling in an educational program to obtain a GED, participating in a mental health program, nighttime restriction, victim contact prohibition and a $100 special assessment__

Type of Supervision: __Supervised Release__   Date Supervision Commenced: __July 18, 2018__

Assistant U. S. Attorney: __Jeffrey D. Preston__   Defense Attorney: __Christopher Atkinson Jenkins__

## PREVIOUS COURT ACTION

On March 6, 2019, Transfer of Jurisdiction was initiated by the Southern District of Texas. On March 8, 2019, the case was accepted by the Honorable Lee Yeakel and assigned Docket No. A-19-CR-0054-LY.

On March 20, 2019, a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender was submitted to the Court to include search and seizure, residence notification and alcohol restrictions. On March 27, 2019, the Court agreed.

## PETITIONING THE COURT

[X] To issue a warrant     [ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation of Standard Condition No. 6**: "The defendant shall notify the probation officer at least ten days prior to any change in residence or employment."

**Violation of Special Condition**: "The defendant shall live at a place approved by the probation officer. If the defendant plans to change where he or she lives or anything about his or her living arrangements (such as the people the defendant lives with), the defendant shall notify the probation officer at least 10 days before change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant shall notify the probation officer within 72 hours of becoming aware of a change or expected change."

**Nature of Noncompliance**: On July 10, 2019, the probation officer spoke to Ambert's roommate who verified that Ambert had moved out of the residence on June 7, 2019. As of this writing, Ambert has failed to provide a new address to the probation officer.

**Violation of Mandatory Condition No. 2**: "The defendant shall not commit another federal, state or local crime."

**Nature of Noncompliance**: On June 29, 2019, officers from the Georgetown Police Department (GPD) responded to a call on a suspected assault occurring at 120 River Bend in Georgetown, Texas. According to the police report, the victim was Alexandrea Thomas, later identified as Ambert's girlfriend. According to the police report, Thomas called her father notifying him of the assault and asking him to call the police as Ambert continued to take her phone from her. Thomas' father called GPD and reported the assault. Law enforcement was dispatched to the residence and observed Ambert driving a vehicle, while the victim/passenger was attempting to exit the vehicle. Officers then initiated a traffic stop. While conducting the investigation, officers took separate statements from both Ambert and the victim. The victim stated that Ambert struck her with a closed fist on the right side of her face. Additionally, Ambert allegedly grabbed the victim's neck. Officers observed injuries on the victim's body. Ambert was charged with Assault Causes Bodily Injury Family Violence, a 3rd degree felony (Cause No. 19-1519-K26). Ambert was arrested by GPD and transported to the Williamson County Jail.

Ambert remains in the Williamson County Jail pending the posting of a $40,000 bond.

Robert Ambert, Jr.
A-19-CR-0054-LY
Petition for Warrant or Summons for
Offender Under Supervision
Page | 3

## U. S. Probation Officer Recommendation:

The term of supervision should be revoked.

Approved by,

*Martha N. Davis* (signature)
Martha N. Davis
Supervising U.S. Probation Officer

Respectfully submitted,

*Juliana C. Flores* (signature)
Juliana C. Flores
U.S. Probation Officer
Date: 7/17/2019

Received by,

*Mark Marshall* (signature)
~~Karthik Srinivasan~~ Mark Marshall
Assistant U.S. Attorney

[✓] recommend   [ ] does not recommend   Justification: _____

---

**THE COURT ORDERS:**

[ ] No Action

[X] The Issuance of a Warrant

[ ] The Issuance of a Summons

[ ] Other

Honorable _____
U.S. Magistrate Judge
Mark Lane
United States Magistrate Judge

Date 7-24-2019

AO 442 (Rev. 08/07) Warrant for Arrest         C9111-380   FD: 9084613

# UNITED STATES DISTRICT COURT

_____Western_____ District of _____Texas_____

U.S. MAR RECEIVED
2019 JUL 24 AM 11:55
WESTERN DIST

UNITED STATES OF AMERICA

V.

ROBERT AMBERT, JR.

**WARRANT FOR ARREST**

Case Number: 1:19-CR-0054-LY

Beaumont Mag No: 1:20mj115

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____Robert Ambert, Jr._____
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release Violation Petition    ☐ Probation Violation Petition    X Supervised Release Violation    ☐ Violation Notice

charging him or her with (brief description of offense)

☐ in violation of Title __18__ United States Code, Section(s) __3606__

☐ in violation of the conditions of his or her pretrial release imposed by the court.

in violation of the conditions of his or her supervision imposed by the court.

Jeannette Clack                                          Katherine Wallace
Name of Issuing Officer                                  Signature of Issuing Officer

Clerk, U.S. District Court                               Austin, Tx
Title of Issuing Officer                                 Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at:

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |